# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ELAINE SORY, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:15-cv-00888-SMS <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. 2) |

By motion filed June 10, 2015, Plaintiff Connie Elaine Sory seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

DATED:  6/11/2015                                  /s/ SANDRA M. SNYDER
                                                   UNITED STATES MAGISTRATE JUDGE

1